IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v -                              04-M-2173

ANDRES ORTIZ,

           Defendant.

---

**INFORMATION**
(Misdemeanor)
(Title 18, U.S.C., § 1030(a)(2)(B))

**COUNT I**

The United States Attorney Charges:

On or about June 28, 2004, in Buffalo, New York, in the Western District of New York, the defendant, ANDRES ORTIZ, did intentionally access a computer without authorization and in a manner that exceeded authorized access and obtained information from a department or agency of the United States; all in violation of Title 18, United States Code, Sections 1030(a)(2)(B) and 1030(c)(2)(A).

DATED:   Buffalo, New York, October 3, 2005.

                         KATHLEEN M. MEHLTRETTER
                         Acting United States Attorney

               BY:   *[signature]*
                         MICHAEL DiGIACOMO
                         Assistant U.S. Attorney
                         Western District of New York
                         138 Delaware Avenue
                         Buffalo, New York  14202
                         (716) 843-5700, ext. 885
                         Michael.DiGiacomo@usdoj.gov