UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA


-vs.-                                                    1:04-mj-2173


ANDRES ORTIZ,

            Defendant
_____


## STATEMENT OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS


            PLEASE TAKE NOTICE, that the Defendant hereby adopts all findings of the

Pre-Sentence Report with respect to sentencing factors in this action.


Dated:  Buffalo, New York
            December 16, 2005


                                                Respectfully, Submitted

                                                S/ E. Carey Cantwell
                                                E. Carey Cantwell
                                                E. Carey Cantwell, P.C.
                                                295 Main Street
                                                984 Ellicott Square Building
                                                Buffalo, NY 14203
                                                Tel: (716)853-1300
                                                Fax: (716)853-1303


cc:      Michael DiGiacomo, Esq.
          Assistant U.S. Attorney

          Diane L. Root
          U.S. Probation Officer
UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

vs.                                                    1:04-mj-2173

ANDRES ORTIZ,

                DEFENDANT
_____


<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on December 16, 2005, I electronically filed the foregoing Statement of Defendant with Respect to Sentencing Factors with the Clerk of the District Court using CM/ECF system which would then electronically notify all CM/ECF participants on this case.


                                       <u>S/ Nichelle Jones</u>