UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
138 Delaware Avenue
Buffalo, New York 14202,

       Plaintiff,

    -v-

Andres Ortiz
519 Mount Vernon Road
Amherst, NY 14226

       Defendant.                1:04M02173-001
_____

SATISFACTION OF JUDGMENT

    The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of a certain judgment docketed January 13, 2006.

    DATED:  Buffalo, New York, January 30, 2006.

                         KATHLEEN M. MEHLTRETTER
                         Acting United States Attorney

                BY:  S/KEVIN D. ROBINSON
                     Assistant United States Attorney
                     United States Attorney's Office
                     Western District of New York
                     138 Delaware Avenue
                     Buffalo, New York  14202
                     (716)843-5700, ext. 804
                     Kevin.D.Robinson@usdoj.gov